443 A.2d 1195

Commonwealth v. Mohn, Appellant.
Reargument Denied April 22, 1982.
Petition for Allowance of Appeal Denied June 16, 1982.

 Argued June 22, 1981. Joshua D. Lock, for appellant; William A. Behe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The opinion and order dated April 8, 1980, denying the first motion for a new trial is affirmed on the comprehensive opinion of Judge Dowling.

The judgment of sentence dated April 14, 1980, and the denial on August 13, 1980 of the subsequent motion for a new trial based on after-discovered evidence, are affirmed.

SHERTZ, J., concurred in the result.

PRICE, J., did not participate in the consideration or decision of this case.